361 A.2d 789

COMMONWEALTH

v.

YOUNG, Appellant.

Submitted March 1, 1976.   Hugh S. Rebert, First Assistant Public Defender, for appellant;  Donald L. Reihart, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

360 A.2d 641

COMMONWEALTH ex rel. HUME, Appellant,

v.

HUME.

Argued March 8, 1976.   Bruce E. Cooper, with him Charles E. Friedman, for appellant;  Jerold S. Berschler, with him Jack A. Rounick, for appellee.

Order affirmed.